Petition for Writ of Mandamus Denied and Memorandum
Opinion filed September 14, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00760-CV

____________

 

IN RE JOSEPH R. WILLIE, II, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M   O P I N I O N

On September 3, 2009, relator, Joseph R. Willie, II, filed a
petition for writ of mandamus in this court.  See Tex. Gov=t Code Ann. ' 22.221 (Vernon 2004); see also
Tex. R. App. P. 52.  In the petition, relator asks this court to compel the
Honorable Lena Levario, specially appointed judge of the 133rd District Court
of Harris County, to vacate her August 31, 2009 order denying a hearing and
relator=s motion to quash a telephonic
deposition.

Relator has not established his entitlement to the
extraordinary relief of a writ of mandamus.  Accordingly, we deny relator=s petition for writ of mandamus and
related emergency motion to stay proceedings.

PER CURIAM

 

Panel
consists of Justices Yates, Frost, and Brown.